UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, | ) |
| | ) |
| Plaintiff | ) Case No. 1:07-cv-00029 |
| | ) |
| v. | ) |
| | ) |
| MIA CALCAGNI, | ) |
| EMET GABAR, | ) |
| JOHN DOE and/or | ) |
| JANE DOE, Co-Authors, and | ) |
| BOOKSURGE, LLC, | ) |
| | ) |
| Defendants | ) |

## ORDER FOR SERVICE BY PUBLICATION

A Complaint was filed on February 28, 2007.

On motion by Plaintiff for alternate service, and for good cause shown, the Court hereby enters this ORDER:

Service cannot be made upon the Defendant Mia Calcagni in the usual manner inasmuch as the whereabouts of said Defendant cannot be ascertained by reasonable diligence. Service shall therefore be made upon said Defendant Mia Calcagni, and all persons claiming by, through, or under her, by leaving a copy of the Summons and Complaint at her Winthrop, Maine residence (has already been done) AND by publishing a copy of this ORDER, attested by the Clerk of the United States District Court, District of Maine, once a week for three (3) successive weeks in *The Capital Weekly*, a weekly newspaper of general circulation in Kennebec County, Maine, in which Defendant Mia Calcagni was last known to be resident.

The first publication shall be made within twenty (20) days of the date of this Order.

Service by publication shall be complete on the twenty-first (21st) day after the first publication.

A copy of this Order shall also be mailed to Mia Calcagni at her last known address (her family home) in Winthrop, Maine.

If you wish to oppose this lawsuit, you or your attorney MUST PREPARE AND SERVE A WRITTEN ANSWER to the complaint WITHIN TWENTY (20) DAYS after service is completed by the foregoing methods. You or your attorney must serve your answer by delivering a copy of it in person or by mail to the Plaintiff's attorney, Bernard J. Kubetz, Esq., of

the Firm of Eaton Peabody, P. O. Box 1210, 80 Exchange Street, Bangor, Maine 04402-1210. You or your attorney must also file the original of your answer with the United States District Court, P. O. Box 1007, 202 Harlow Street, Bangor, Maine 04402-1007, within twenty (20) days of service.

THE CAUSES OF ACTION AGAINST YOU ARISE OUT OF THE PAINTING OF SWASTIKAS ON SIGNS IN THE VICINITY OF THE PLAINTIFF'S HOME AND PUBLICATION OF THE BOOK, "HELP US GET MIA."

IMPORTANT WARNING: IF YOU FAIL TO SERVE AN ANSWER WITHIN THE TIME STATED ABOVE OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU IN YOUR ABSENCE FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR EMPLOYER MAY BE ORDERED TO PAY PART OF YOUR WAGES TO THE PLAINTIFF OR YOUR PERSONAL PROPERTY, INCLUDING BANK ACCOUNTS, AND YOUR REAL ESTATE MAY BE TAKEN TO SATISFY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS LAWSUIT, DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.

IF YOU BELIEVE THE PLAINTIFF IS NOT ENTITLED TO ALL OR PART OF THE CLAIM SET FORTH IN THE COMPLAINT OR IF YOU BELIEVE YOU HAVE A CLAIM OF YOUR OWN AGAINST THE PLAINTIFF, YOU SHOULD TALK TO A LAWYER. IF YOU FEEL YOU CANNOT AFFORD TO PAY A FEE TO A LAWYER, YOU MAY ASK THE COURT FOR INFORMATION AS TO PLACES WHERE YOU MAY SEEK LEGAL ASSISTANCE.

Dated: March 16, 2007  /s/ Margaret J. Kravchuk
Magistrate Judge, United States District Court
District of Maine


Plaintiff's Attorney:

Bernard J. Kubetz, Esq.
Of the Firm of Eaton Peabody
80 Exchange Street
P. O. Box 1210
Bangor, Maine 04402-1210