AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Maine

SHANA SANDLER

V.

MIA CALCAGNI, EMET GABAR, JOHN DOE,
JANE DOE and BOOKSURGE, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV-07-29-B-H

TO: (Name and address of Defendant)

Booksurge, LLC
c/o CT Corporation System
75 Beattie Place
Greenville, South Carolina 29601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bernard J. Kubetz, Esq.
Eaton Peabody
80 Exchange Street
P. O. Box 1210
Bangor, Maine 04402-1210

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



William S. Brownell
Clerk, U.S. District Court

February 28, 2007
_____
DATE

Dockets.Justia.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | sd  3/9/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Barbara M. McCurley | Special Deputy |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____
_____

☑ Other (specify):  By delivering to C.T. Corp., Registered Agent.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/07
_____ 
Date

Barbara M. McCurley
_____
Signature of Server

601 E. McBee Ave., #210
_____
Address of Server
Greenville SC 29601

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.