UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, a resident of ) High Point, County of Guilford, ) State of North Carolina ) ) Plaintiff ) ) v. ) ) MIA CALCAGNI, a resident of ) Winthrop, County of Kennebec, ) State of Maine, ) ) EMET GABAR, ) JOHN DOE, and/or ) JANE DOE, Co-Authors, ) ) BOOKSURGE, LLC, a South Carolina ) corporation with a place of business in ) Greenville, County of Greenville, ) State of South Carolina ) | Case No. 07-CV-00029-DBH |

## **NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.2(a), please enter the appearance of Steven P. Wright of

Kirkpatrick & Lockhart Preston Gates Ellis LLP, as attorney and counselor for defendant,

Booksurge, LLC in the above-captioned action.

BOOKSURGE, LLC
By its attorney,

/s/ Steven P. Wright
Steven P. Wright (ME BBO# 009473)
Kirkpatrick & Lockhart Preston
 Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

April 18, 2007

BOS-1074310 v1

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I, Steven P. Wright, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on April 18, 2007.

/s/ Steven P. Wright
Steven P. Wright