UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SHANA SANDLER, a resident of          )
High Point, County of Guilford,       )
State of North Carolina               )          Case No. 07-CV-00029-DBH
                                      )
                  Plaintiff           )
                                      )
v.                                    )
                                      )
MIA CALCAGNI, a resident of           )
Winthrop, County of Kennebec,         )
State of Maine,                       )
                                      )
EMET GABAR,                           )
JOHN DOE, and/or                      )
JANE DOE, Co-Authors,                 )
                                      )
BOOKSURGE, LLC, a South Carolina      )
corporation with a place of business in )
Greenville, County of Greenville,     )
State of South Carolina               )

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE ANSWER BY DEFENDANT BOOKSURGE, LLC

Defendant Booksurge, LLC, by and through its attorneys Kirkpatrick & Lockhart Preston

Gates Ellis LLP, hereby moves to extend the time to file its answer to May 1, 2007. Defendant

Booksurge, LLC consulted with counsel for Plaintiff Shana Sandler, Bernard J. Kubetz of Eaton

Peabody. Mr. Kubetz agreed to an extension to May 1, 2007, for Defendant Booksurge, LLC to

file its answer, so that Booksurge may obtain local counsel.

Dockets.Justia.com

A proposed order granting this Motion to Extend Time to File Answer is submitted herewith.

BOOKSURGE, LLC
By its attorney,

/s/ Steven P. Wright
Steven P. Wright (ME BBO# 009473)
Kirkpatrick & Lockhart Preston
 Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

April 18, 2007

## <u>CERTIFICATE OF SERVICE</u>

I, Steven P. Wright, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on April 18, 2007.

/s/ Steven P. Wright
Steven P. Wright