UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER,         ) | |
|         ) | |
|     Plaintiff       ) | Case No. 1:07-cv-00029 |
|         ) | |
| v.         ) | |
|         ) | |
| MIA CALCAGNI,         ) | |
| EMET GABAR,         ) | |
| JOHN DOE and/or         ) | |
| JANE DOE, Co-Authors, and         ) | |
| BOOKSURGE, LLC,         ) | |
|         ) | |
|     Defendants       ) | |

## **AFFIDAVIT OF SERVICE BY PUBLICATION**

I, Bernard J. Kubetz, Esq., being duly sworn, depose and say:

1. My name is Bernard J. Kubetz. I make this affidavit based on my personal knowledge.

2. I am an attorney licensed to practice law in the State of Maine. I am counsel for Plaintiff Shana Sandler in this case.

3. Plaintiff was unable to ascertain the location of Defendant Mia Calcagni in order to serve her with the Summons and Complaint.

4. An order for service by publication was published once a week for three (3) consecutive weeks in *The Capital Weekly*, a weekly newspaper of general circulation in Kennebec County, Maine. The order was published on March 29, April 5 and April 12, 2007.

Dated at Bangor, Maine, this 3rd day of May, 2007.

                                              */s/ Bernard J. Kubetz*_____
                                              Bernard J. Kubetz, Esq.

STATE OF MAINE
PENOBSCOT, ss.                                                                                                May 3, 2007

      Personally appeared before me the above-named Bernard J. Kubetz and made oath that the foregoing affidavit signed by him is true and accurate and based on his own personal knowledge.

                                          *Nicole Behr*_____
                                          Notary Public
                                          Commission Expires December 10, 2009

## **CERTIFICATE OF SERVICE**

      I, Bernard J. Kubetz, hereby certify that on May 4, 2007, I electronically filed the foregoing Affidavit of Service by Publication with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

Bruce Mallonee, Esq.
Rudman & Winchell, LLC
84 Harlow Street
P. O. Box 1401
Bangor, Maine 04402-1401

Steven P. Wright, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111-2950

                                          */s/ Bernard J. Kubetz*_____
                                        Bernard J. Kubetz, Esq.
                                        Eaton Peabody
                                        P. O. Box 1210
                                        80 Exchange Street
                                        Bangor, Maine 04402-1210
                                        (207) 947-0111
                                        bkubetz@eatonpeabody.com