UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MIA CALCAGNI, et al., )<br>)<br>Defendants ) | Civil No. 07-29-B-H |

REPORT OF TELEPHONE CONFERENCE
AND ORDER

I held a telephone conference at Bangor, Maine, on Monday, May 07, 2007, commencing at 1:30 p.m. and concluding at 1:45 p.m., with the following counsel participating:

Bernard J. Kubetz, Esq. for Plaintiff

Bruce C. Mallonee, Esq. for Defendant Mia Calcagni

Steven P. Wright, Esq. and Mathew Segal, Esq. for Defendant Booksurge, LLC

Plaintiff's counsel requested this conference with regard to a dispute involving the taking of additional limited depositions of Ralph and Maureen Calcagni. Counsel for Mia Calcagni indicated that he will provide an affidavit from Ralph Calcagni and a second affidavit from Maureen Calcagni by May 18, 2007, addressing limited questions that plaintiff's counsel will provide to Mr. Mallonee by close of business tomorrow, May 8, 2007. All parties agreed with this resolution.

# CERTIFICATE

This report fairly reflects the actions taken at the hearing and shall be filed forthwith. Any objections to this report shall be filed in accordance with Fed. R. Civ. P. 72.

*So Ordered.*

Dated May 7, 2007 /s/ Margaret J. Kravchuk
U.S. Magistrate Judge