# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

SHANA SANDLER,                          )
                                        )
      Plaintiff                 )
                                        )
v.                                      )   Civil No. 1:07-cv-29
                                        )
MIA CALCAGNI, et al.,                   )
                                        )
      Defendants                )

## TEMPORARY ORDER OF RECUSAL

The undersigned Magistrate Judge hereby RECUSES herself from acting any further in this matter.

In accordance with the provisions of Title 28, U.S.C. §455(a), the Clerk of Court shall enter upon the records that the undersigned has been recused.

May 23, 2007                          /s/ Margaret J. Kravchuk
                                      United States Magistrate Judge

Dockets.Justia.com