UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SHANA SANDLER,                    )
                                  )
            Plaintiff             )          Case No. 1:07-cv-00029
                                  )
v.                                )
                                  )
MIA CALCAGNI,                     )
EMET GABAR,                       )
JOHN DOE and/or                   )
JANE DOE, and                     )
BOOKSURGE, LLC,                   )
                                  )
            Defendants            )

**PLAINTIFF'S REPLY TO DEFENDANT BOOKSURGE, LLC'S
OBJECTION TO PLAINTIFF'S MOTION TO DISMISS  DEFENDANTS
EMET GABAR, JOHN DOE AND JANE DOE AND JOIN DEFENDANTS
RALPH CALCAGNI, MAUREEN CALCAGNI AND PETER MARS,
AND TO AMEND COMPLAINT**

Defendant Booksurge's opposition sets forth its objection only to the alleged failure of
Plaintiff's Amended Complaint to set forth with particularity the allegedly false and defamatory
statements.  Booksurge asserted the same position in its Answer to Plaintiff's original Complaint.

Booksurge does not set forth a legitimate basis to deny Plaintiff's Motion.  Its position
more properly forms the basis for discovery requests directed to an identification of the specific
defamatory statements in the book published by Booksurge.

In addition, Booksurge does not oppose the dismissal of Defendants John Doe, Jane Doe
and Emet Gabar or the joinder of Ralph Calcagni, Maureen Calcagni and Peter Mars as
Defendants.

Defendant Mia Calcagni has not timely objected to Plaintiff's Motion.

Plaintiff's Motion is entirely consistent with this Court's March 15, 2007 Order.
Accordingly, Plaintiff's Motion to Amend Complaint should be granted.

Dated at Bangor, Maine, this 15th day of June, 2007.

PLAINTIFF, Shana Sandler,

BY____/s/ Bernard J. Kubetz_____
               Bernard J. Kubetz, Esq.
               Eaton Peabody
               P. O. Box 1210
               80 Exchange Street
               Bangor, Maine 04402-1210
               (207) 947-0111
               bkubetz@eatonpeabody.com

## CERTIFICATE OF SERVICE

I, Bernard J. Kubetz, hereby certify that on June 15, 2007, I electronically filed the foregoing Reply to Defendant's Objection to Plaintiff's Motion to Dismiss Defendants and Amend Complaint with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

Bruce Mallonee, Esq.
Rudman & Winchell, LLC
84 Harlow Street
P. O. Box 1401
Bangor, Maine 04402-1401

Steven P. Wright, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111-2950

and I hereby certify that on June 15, 2007, I mailed by United States Postal Service, the documents to the following non-registered participants:

      Matthew J. Segal, Esq.
      Stephen A. Smith, Esq.
      Kirkpatrick & Lockhart Preston Gates Ellis LLP
      925 Fourth Avenue
      Suite 2900
      Seattle, WA 98104-1158

                          */s/ Bernard J. Kubetz*_____
                          Bernard J. Kubetz