UNITED STATES DISTRICT COURT
DISTRICT OF MAINE AT BANGOR

| | |
|---|---|
| SHANA SANDLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIA CALCAGNI, )<br>EMET GABAR, )<br>JOHN DOE, )<br>JANE DOE, and )<br>BOOKSURGE, LLC, )<br>)<br>Defendants. )<br>) | Case No. 07-CV-00029-DBH |

## **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BOOKSURGE, LLC**

Pursuant to Fed. R. Civ. P. 7.1(b), Defendant BOOKSURGE, LLC, now known as On-Demand Publishing, LLC, by and through its attorneys, Kirkpatrick & Lockhart Preston Gates Ellis, LLP, hereby states that (1) its parent corporation is Amazon.com, Inc.; and (2) Amazon.com, Inc. owns 10% or more of its stock.

                                                                           BOOKSURGE, LLC
                                                                           By its attorneys,

                                                                           /s/ Steven P. Wright
                                                                           Steven P. Wright (ME BBO# 009473)
                                                                            Kirkpatrick & Lockhart Preston
                                                                            Gates Ellis LLP
                                                                            State Street Financial Center
                                                                            One Lincoln Street
                                                                            Boston, MA 02111-2950

                                                                            Stephen A. Smith (Pro Hac Vice)
                                                                            Matthew J. Segal (Pro Hac Vice)
                                                                            Kirkpatrick & Lockhart Preston
                                                                            Gates Ellis LLP
                                                                            925 Fourth Avenue, Suite 2900
                                                                            Seattle, Washington 98104-1158

Dated: June 20, 2007

## CERTIFICATE OF SERVICE

       I, Steven P. Wright, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on June 20, 2007.

                                                /s/ Steven P. Wright  
                                                Steven P. Wright