## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, | ) |
| | ) |
| **PLAINTIFF** | ) |
| | ) |
| v. | ) CIVIL NO. 07-29-B-H |
| | ) |
| MIA CALCAGNI, EMET GABAR, | ) |
| JOHN DOE, JANE DOE AND | ) |
| BOOKSURGE, LLC., | ) |
| | ) |
| **DEFENDANTS** | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 21ST DAY OF JUNE, 2007**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**