AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Maine

SHANA SANDLER

V.

MIA CALAGNI,
BOOKSURGE, LLC,
MAUREEN CALCAGNI,
RALPH CALCAGNI and
PETER MARS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-CV-29-GZS

TO: (Name and address of Defendant)

Maureen Calcagni
c/o Bruce C. Mallonee, Esq.
Rudman & Winchell, LLC
84 Harlow Street
P. O. Box 1401
Bangor, Maine 04402-1401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bernard J. Kubetz, Esq.
Eaton Peabody
80 Exchange Street
P. O. Box 1210
Bangor, Maine 04402-1210

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Linda L. Jacobson
Clerk, U.S. District Court

June 29, 2007

DATE

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, <br><br> Plaintiff <br><br> v. <br><br> MIA CALCAGNI, <br> RALPH CALCAGNI, <br> MAUREEN CALCAGNI, <br> PETER MARS, and <br> BOOKSURGE, LLC, <br><br> Defendants | Case No. 1:07-CV-00029 <br><br> **ACKNOWLEDGEMENT OF RECEIPT <br> AND ACCEPTANCE OF SERVICE OF <br> SUMMONS AND AMENDED COMPLAINT** |

I, Bruce C. Mallonee, Esq., hereby certify that I have received copies of the Summons and Amended Complaint in connection with the above matter, and that I hereby accept service of the same on behalf of Defendant **Maureen Calcagni**.

July 13, 2007
Date

Bruce C. Mallonee, Esq., Bar No. 2286
Rudman & Winchell, LLC
84 Harlow Street
P. O. Box 1401
Bangor, Maine 04402-1401
(207) 947-4501