UNITED STATES DISTRICT COURT
DISTRICT OF MAINE AT BANGOR

| | |
|---|---|
| SHANA SANDLER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 07-CV-00029-DBH |
| ) | |
| MIA CALCAGNI, ) | |
| RALPH CALCAGNI, ) | |
| MAUREEN CALCAGNI, ) | |
| PETER MARS, ) | |
| and ) | |
| BOOKSURGE, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ANSWER TO AMENDED COMPLAINT
## BY DEFENDANT BOOKSURGE, LLC

Defendant BOOKSURGE, LLC ("BookSurge"), through its attorneys, Kirkpatrick & Lockhart Preston Gates Ellis, LLP, answers the Amended Complaint of Plaintiff SHANA SANDLER ("Sandler") as follows:

1. Answering Paragraph 1, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 1 of the Amended Complaint, which shall have the effect of a denial.

2. Answering Paragraph 2, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 2 of the Amended Complaint, which shall have the effect of a denial.

3. Answering Paragraph 3, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 3 of the Amended Complaint, which shall have the effect of a denial.

4. Answering Paragraph 4, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 4 of the Amended Complaint, which shall have the effect of a denial.

5. Answering Paragraph 5, BookSurge denies the allegations contained therein.

6. Answering Paragraph 6, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 6 of the Amended Complaint, which shall have the effect of a denial.

7. Answering Paragraph 7, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 7 of the Amended Complaint, which shall have the effect of a denial.

8. Answering Paragraph 8, this paragraph contains no factual allegations requiring a responsive pleading.

9. Answering Paragraph 9, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 9 of the Amended Complaint, which shall have the effect of a denial.

10. Answering Paragraph 10, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 10 of the Amended Complaint, which shall have the effect of a denial.

11. Answering Paragraph 11, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 11 of the Amended Complaint, which shall have the effect of a denial.

12. Answering Paragraph 12, BookSurge admits that it assisted in printing the book *Help Us Get Mia*; BookSurge denies all other allegations contained therein.

13. Answering Paragraph 13, BookSurge denies the same.

14. Answering Paragraph 14, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 14 of the Amended Complaint, which shall have the effect of a denial.

# COUNT I
# INTENTIONAL INFLICTION OF EMOTIONAL
# DISTRESS -- DEFENDANT MIA CALCAGNI

15. Answering Paragraph 15, BookSurge reincorporates its admissions and denials as set forth in paragraphs 1 through 14.

16. Answering Paragraph 16, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 16 of the Amended Complaint, which shall have the effect of a denial.

17. Answering Paragraph 17, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 17 of the Amended Complaint, which shall have the effect of a denial.

18. Answering Paragraph 18, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 18 of the Amended Complaint, which shall have the effect of a denial.

# COUNT II
# LIBEL – ALL DEFENDANTS

19. Answering Paragraph 19, BookSurge reincorporates its admissions and denials as set forth in paragraphs 1 through 18.

20. Answering Paragraph 20, BookSurge admits that it assisted in printing the book *Help Us Get Mia*, but is without sufficient knowledge to answer the other allegations contained in Paragraph 20 of the Amended Complaint, which shall have the effect of a denial.

21. Answering Paragraph 21, BookSurge denies the same.

22. Answering Paragraph 22, BookSurge denies the same.

23. Answering Paragraph 23, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 23 of the Amended Complaint, which shall have the effect of a denial.

## COUNT III
## LIBEL PER SE – ALL DEFENDANTS

24. Answering Paragraph 24, BookSurge reincorporates its admissions and denials as set forth in paragraphs 1 through 23.

25. Answering Paragraph 25, BookSurge denies the same.

## COUNT IV
## FALSE LIGHT – ALL DEFENDANTS

26. Answering Paragraph 26, BookSurge reincorporates its admissions and denials as set forth in paragraphs 1 through 25.

27. Answering Paragraph 27, BookSurge admits that it assisted in printing the book *Help Us Get Mia*, but is without sufficient knowledge to answer the other allegations contained in Paragraph 27 of the Amended Complaint, which shall have the effect of a denial.

28. Answering Paragraph 28, BookSurge denies the same.

29. Answering Paragraph 29, BookSurge denies the same.

## COUNT V
## PRIVATE FACTS – ALL DEFENDANTS

30. Answering Paragraph 30, BookSurge reincorporates its admissions and denials as set forth in paragraphs 1 through 29.

31. Answering Paragraph 31, BookSurge admits that it assisted in printing the book *Help Us Get Mia*, but is without sufficient knowledge to answer the other allegations contained in Paragraph 31 of the Amended Complaint, which shall have the effect of a denial.

32. Answering Paragraph 32, BookSurge denies the same.

33. Answering Paragraph 33, BookSurge denies the same.

## COUNT VI
## PUNITIVE DAMAGES – ALL DEFENDANTS

34. Answering Paragraph 34, BookSurge reincorporates its admissions and denials as set forth in paragraphs 1 through 33.

35. Answering Paragraph 35, BookSurge is without sufficient knowledge to answer the allegations contained in Paragraph 35 of the Amended Complaint regarding the actions or motivations of Mia Calcagni and the other Defendants, which shall have the effect of a denial; BookSurge denies all other allegations contained therein.

36. Answering Paragraph 36, BookSurge denies the same.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof as to any affirmative defense, which burden BookSurge expressly disclaims, BookSurge states as affirmative defenses the following:

1. <u>Failure to State a Claim.</u>  Sandler has failed to state a claim for which relief can be granted.

2. <u>Insufficiency of Service of Process.</u>  Sandler's claims are barred by the insufficiency of service of process.

3. <u>Privileges and Immunities.</u>  Sandler's claims are barred by one or more privileges.

4. <u>Truth.</u>  Sandler's claims are barred to the extent that the allegedly defamatory statements are true.

5. <u>Constitutional Bar.</u>  Sandler's claims are barred by the provisions of the Constitutions of the United States and the State of Maine.

6. <u>Failure to Mitigate Damages.</u>  Sandler's damages, if any, are reduced or barred by her failure to mitigate damages.

7. <u>Comparative Fault/Negligence.</u>  To the extent that Sandler's claims are or may be recognized under negligence principles, they are reduced by her own comparative fault or negligence.

8. <u>Conduct of Third Parties.</u>  Sandler's claims were caused by the conduct of one or more third parties not under the control of BookSurge.

9. <u>Waiver, Laches and Estoppel.</u>  Sandler's claims are barred by her own conduct, including acts constituting waiver, laches and/or estoppel.

10. <u>Failure to Plead with Particularity.</u>  Sandler's claims are barred by her failure to identify any allegedly libelous statements.

11. <u>Statute of Limitations</u>.  Sandler's claims are barred by applicable statutes of limitations.

12. <u>Fault.</u>  Sandler's claims for actual, presumed and/or punitive damages are reduced or barred by the lack of requisite fault of BookSurge.

13. <u>Protected Opinion.</u>  Sandler's claims are barred to the extent that the allegedly defamatory statements are protected statements of opinion.

## REQUEST FOR RELIEF

WHEREFORE, BookSurge prays for the following relief:

1. Sandler's Amended Complaint be dismissed with prejudice;

2. BookSurge be awarded its costs and reasonable attorneys' fees under all applicable statutes, court rules and recognized grounds of equity;

3. BookSurge be awarded such other and further relief as the Court may deem just and equitable.

                        BOOKSURGE, LLC
                        By its attorney,

                        /s/ Steven P. Wright
                        Steven P. Wright (ME BBO# 009473)
                        Kirkpatrick & Lockhart Preston
                         Gates Ellis LLP
                        State Street Financial Center
                        One Lincoln Street
                        Boston, MA 02111-2950

                        Stephen A. Smith (Pro Hac Vice)
                        Matthew J. Segal (Pro Hac Vice)
                        Kirkpatrick & Lockhart Preston
                        Gates Ellis LLP
                        925 Fourth Avenue, Suite 2900
                        Seattle, Washington 98104-1158

July 18, 2007

## **CERTIFICATE OF SERVICE**

      I, Steven P. Wright, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 18, 2007.

                                                    /s/ Steven P. Wright
                                                    Steven P. Wright