UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SHANA SANDLER, | ) | |
| Plaintiff | ) ) ) | Case No. 1:07-CV-00029 |
| v. | ) ) | |
| RALPH and MAUREEN CALCAGNI, et al., | ) ) ) | |
| Defendants | ) ) | |

## CLERK'S CERTIFICATE

I, Linda Jacobson, Clerk of the United States District Court for the District of Maine, do hereby certify that an Amended Complaint in the matter of *Shana Sandler v. Ralph and Maureen Calcagni, et al.* was filed on June 28, 2007, and bears the above-identified case number. The lawsuit includes a motion for real estate attachment sought by Plaintiff with respect to real property owned by Defendants Maureen and Ralph Calcagni in Kennebec County, Maine. That Motion is currently pending before the Court.

IN WITNESS WHEREOF, I hereby set my hand and affix the seal of the United States District Court.

Dated: 7/19/07

_____
Deputy Clerk/Case Manager