## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

|  |  |
|---|---|
| SHANA SANDLER,            ) | |
| ) | |
| Plaintiff   ) | Case No. 1:07-cv-00029 |
| ) | |
| vs.                   ) | |
| ) | |
| MIA CALCAGNI, RALPH CALCAGNI, ) | |
| MAUREEN CALCAGNI, PETER   ) | |
| MARS, and BOOKSURGE, LCC,    ) | |
| ) | |
| Defendants   ) | |

### ENTRY OF APPEARANCE

The undersigned hereby enters his appearance on behalf of defendant Peter Mars.

Dated: July 20, 2007

/s/ J. William Druary Jr.
J. William Druary, Jr., Esquire, Bar No. 6976
Attorney for Defendant Mars

Marden, Dubord, Bernier & Stevens
44 Elm Street; POB 708
Waterville, ME 04903-0708
(207) 873-0186