⁂ AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Maine

SHANA SANDLER

**SUMMONS IN A CIVIL CASE**

V.

MIA CALCAGNI,
BOOKSURGE, LLC,
MAUREEN CALCAGNI,
RALPH CALCAGNI and
PETER MARS

CASE NUMBER:  07-CV-29-GZS

TO: (Name and address of Defendant)

Peter Mars
c/o Roger J. Katz, Esq.
Lipman, Katz & McKee, P.A.
P. O. Box 1051
Augusta, Maine 04332-1051

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bernard J. Kubetz, Esq.
Eaton Peabody
80 Exchange Street
P. O. Box 1210
Bangor, Maine 04402-1210

an answer to the complaint which is served on you with this summons, within  20  ☒ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Linda L. Jacobson_
Linda L. Jacobson
Clerk, U.S. District Court

June 29, 2007

DATE

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SHANA SANDLER,                          )
                                        )
            Plaintiff                   )          Case No. 1:07-CV-00029
                                        )
v.                                      )
                                        )
MIA CALCAGNI,                           )
RALPH CALCAGNI,                         )          **ACKNOWLEDGEMENT OF RECEIPT**
MAUREEN CALCAGNI,                       )          **AND ACCEPTANCE OF SERVICE OF**
PETER MARS, and                         )          **SUMMONS AND AMENDED COMPLAINT**
BOOKSURGE, LLC,                         )
                                        )
            Defendants                  )

      I hereby certify that I have received copies of the Summons and Amended Complaint in

connection with the above matter, and that I hereby accept service of the same on behalf of

Defendant Peter Mars.


___7-31-07_____                   _____
Date                                    Roger J. Katz, Esq., Bar No. 303
                                        James Billings, Esq., Bar No. 9353
                                        Lipman, Katz & McKee, P.A.
                                        P. O. Box 1051
                                        Augusta, Maine 04332-1051
                                        (207) 622-3711