UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MIA CALCAGNI, | ) Case No. 07-CV-00029-DBH |
| RALPH CALCAGNI, | ) |
| MAUREEN CALCAGNI, | ) |
| PETER MARS, and | ) |
| BOOKSURGE, LLC, | ) |
| | ) |
| Defendants | ) |

### MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO AMENDED MOTION FOR APPROVAL OF ATTACHMENT AND TRUSTEE PROCESS

Defendants Ralph and Maureen Calcagni move for an enlargement of time from August 14, 2007, to August 15, 2007, to file their response to Plaintiff's Amended Motion for Approval of Attachment and Trustee Process. Grounds for the motion are that the extra day will be required to obtain a signature on an affidavit to be submitted in support of defendants' opposition to the motion.

Attorney Kubetz advises plaintiff has no objection to the granting of this motion.

Dated: August 14, 2007          */s/ Bruce C. Mallonee*
                                Bruce C. Mallonee, Esq.
                                RUDMAN & WINCHELL
                                Attorney for Mia Calcagni, Ralph Calcagni,
                                and Maureen Calcagni
                                84 Harlow Street, P.O. Box 1401
                                Bangor, Maine  04402-1401
                                Telephone: (207) 947-4501
                                bmallonee@rudman-winchell.com

{R0387495.1 49252-053567}

CERTIFICATE OF SERVICE

       I, Bruce C. Mallonee, hereby certify that on August 14, 2007, I filed the foregoing Motion for Enlargement of Time to File Response to Amended Motion for Approval of Attachment and Trustee Process with the Clerk of the United States District Court using the CM/ECF system , which will send notification electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

       */s/ Bruce C. Mallonee*
       Bruce C. Mallonee, Esq.
       RUDMAN & WINCHELL
       Attorney for Mia Calcagni, Ralph Calcagni, and Maureen Calcagni
       84 Harlow Street, P.O. Box 1401
       Bangor, Maine  04402-1401
       Telephone: (207) 947-4501
       bmallonee@rudman-winchell.com