

**Bernard J. Kubetz**
Direct Dial 207-992-4832
bkubetz@eatonpeabody.com

80 Exchange Street
P.O. Box 1210, Bangor, Maine 04402-1210
Phone 207-947-0111 Fax 207-942-3040
www.eatonpeabody.com

August 17, 2007

Gail Baxter Creath
Deputy in Charge
United States District Court
202 Harlow Street
Bangor, Maine 04401

   *Re: Shana Sandler v. Mia Calcagni, et al*
     *Case No. 07-cv-00029-GZS*

Dear Gail:

   I am writing on behalf of Plaintiff Shana Sandler to advise the Court and counsel that Plaintiff does not intend to reply to the Response of Defendants Ralph Calcagni and Maureen Calcagni to Plaintiff's Amended Motion for Approval of Attachment and Trustee Process. The motion is now ready for consideration by the Court.

   Thank you for your assistance in this matter.

       Sincerely,

       */s/ Bernard J. Kubetz*

       Bernard J. Kubetz

## <u>CERTIFICATE OF SERVICE</u>

   I, Bernard J. Kubetz, hereby certify that on August 17, 2007, I electronically filed the foregoing Reply with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

Bruce Mallonee, Esq.
Rudman & Winchell, LLC
84 Harlow Street
P. O. Box 1401
Bangor, Maine 04402-1401

Dockets.Justia.com

Steven P. Wright, Esq.
Matthew J. Segal, Esq.
Stephen A. Smith, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111-2950

J. William Druary, Jr., Esq.
Marden, Dubord, Bernier & Stevens
44 Elm Street
P. O. Box 708
Waterville, Maine 04903-0708

_/s/ Bernard J. Kubetz_____
Bernard J. Kubetz