UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, | ) |
|     Plaintiff | ) |
| v. | ) Civil No. 1:07-cv-29 |
| MIA CALCAGNI, et al., | ) |
|     Defendants | ) |

## ORDER VACATING ORDER OF TEMPORARY RECUSAL

The Order of Temporary Recusal is hereby vacated, as the reappointment process has been completed and my reappointment as a magistrate judge is no longer under consideration by the panel or the court, thereby satisfying the prerequisites of Ethics Advisory Opinion No. 97.

September 11, 2007            /s/ Margaret J. Kravchuk
                                                   United States Magistrate Judge