UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SHANA SANDLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 7-29-B-S |
| | ) | |
| MIA CALCAGNI, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER SETTING MOTION FOR TELEPHONIC
HEARING AND SHORTENING RESPONSE TIME**

On today's date, Plaintiff filed a Motion For Extension of Time to File Liability Expert Witness Designations (Docket No. 52.) I will hold a telephonic hearing on this motion on Monday, October 29, 2007, at 9:00 a.m. Plaintiff's counsel will initiate the call between all parties and the court. Any response to the motion must be filed no later than Friday, October 26, 2007. No reply is allowed.

*So Ordered.*

October 17, 2007           /s/ Margaret J. Kravchuk
                            U.S. Magistrate Judge