UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>MIA CALCAGNI, RALPH CALCAGNI, )<br>MAUREEN CALCAGNI, PETER MARS, )<br>and BOOKSURGE, LLC, )<br>)<br>    Defendants ) | Case No. 07-CV-00029 |

## MOTION TO WITHDRAW

The Calcagni Defendants move for the withdrawal of Attorney Paul W. Chaiken of Rudman & Winchell. Mr. Chaiken entered a limited appearance while lead counsel Bruce C. Mallonee, Esq. was unavailable. Mr. Mallonee remains as counsel for the Calcagni Defendants.

Dated: October 18, 2007

/s/ Bruce C. Mallonee.
Bruce C. Mallonee, Esq.
RUDMAN & WINCHELL
Attorney for Defendants Mia Calcagni, Ralph Calcagni, and Maureen Calcagni
84 Harlow Street, P.O. Box 1401
Bangor, Maine 04402-1401
Telephone: (207) 947-4501
bmallonee@rudman_winchell.com

## CERTIFICATE OF SERVICE

I, Bruce C. Mallonee, Esq., hereby certify that on October 18, 2007, I filed the foregoing Motion to Withdraw with the Clerk of the United States District Court using the CM/ECF system, which will send notification electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Bruce C. Mallonee
Bruce C. Mallonee, Esq.
RUDMAN & WINCHELL
Attorney for Defendants Mia Calcagni, Ralph Calcagni, and Maureen Calcagni
84 Harlow Street, P.O. Box 1401
Bangor, Maine 04402-1401
Telephone: (207) 947-4501
bmallonee@rudman_winchell.com

{R0407691.1 49252-053567}