UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

SHANA SANDLER,            )
                          )
       Plaintiff        )
                          )
v.                        )    Civil No. 07-29-B-H
                          )
MIA CALCAGNI, et al.,     )
                          )
       Defendants       )

REPORT OF TELEPHONE CONFERENCE
AND ORDER

I held a telephone conference at Bangor, Maine, on Monday, October 29, 2007, commencing at 2:00 p.m. and concluding at 2:30 p.m., with the following counsel participating:

    Bernard J. Kubetz, Esq. for Plaintiff

    Bruce C. Mallonee, Esq. for Defendant Mia Calcagni

    J. William Druary, Esq. for Defendant Mars

    Mathew Segal, Esq. for Defendant Booksurge, LLC

I scheduled this conference to discuss Docket No. 52, Plaintiff's Motion to Extend Time. After hearing from all parties, I grant the motion in part and amend the Scheduling Order as follows:

    A. Plaintiff must designate in accordance with the current Scheduling Order any experts she intends to call, other than a liability expert on the issue of publishing standards of care, by October 30, 2007.

The deposition of Booksurge is scheduled to take place on November 27, 2007. Plaintiff shall designate her liability expert on the issue of publishing standards of care by December 12, 2007. Also, by that date of December 12, 2007, all defendants must designate any experts they intend to call as part of their case in chief.

No later than January 16, 2008, all parties must designate any rebuttal expert, including any Booksurge rebuttal expert to plaintiff's December 12, 2007, designation.

Deadline to complete discovery and to identify and produce Local Rule 44 Records is extended to February 19, 2008.

Deadline for filing all dispositive and <u>Daubert</u> motions is extended to March 11, 2008.

This matter will be read for trial June 3, 2008.

All other aspects of the original Scheduling Order shall remain in full force and effect.

B. By agreement, counsel for Defendants Calcagni and Mars may participate in the deposition of Defendant Booksurge on November 27, 2007, via telephone.

C. Mr. Druary advised the court and all parties of his potential conflict on November 5 and 6. He is currently scheduled to select juries in two state cases on November 5. He will attempt to work out the conflict and advise accordingly.

### CERTIFICATE

This report fairly reflects the actions taken at the hearing and shall be filed forthwith. Any objections to this report shall be filed in accordance with Fed.R.Civ. P. 72.

*So Ordered.*
Dated: /s/ Margaret J. Kravchuk
U.S. Magistrate Judge