UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, | ) |
| | ) |
|     *Plaintiff* | ) |
| | ) |
| v. | ) |
| | )   Case No. 1:07-cv-00029 |
| MIA CALCAGNI *et al.*, | ) |
| | ) |
|     *Defendants* | ) |

**PLAINTIFF'S MOTION FOR DEFAULT
AGAINST DEFENDANT MIA CALCAGNI**

Plaintiff moves this Court to enter a default against Defendant Mia Calcagni as follows:

1. Mia Calcagni is a Defendant in this case.

2. Mia Calcagni's deposition was noticed for November 6, 2007.

3. About a week prior to the scheduled deposition of Defendant Mia Calcagni, her attorney advised Plaintiff's counsel that Mia Calcagni had decided not to appear for her scheduled deposition.

4. A telephone conference was held with the Court on November 2, 2007 to discuss the consequence of Defendant Mia Calcagni not appearing for her deposition. The Court advised all counsel that if Mia Calcagni did not appear for her deposition, she was subject to being defaulted in this matter.

5. Mia Calcagni did not appear for her scheduled deposition on November 6, 2007.

6. Plaintiff is entitled to have a default entered against Defendant Mia Calcagni on the issue of liability, with damages to be determined at a later time.

WHEREFORE, Plaintiff requests that this Court enter a default against Defendant Mia Calcagni in this case, with the amount of damages to be awarded to Plaintiff and against Defendant Mia Calcagni to be determined at a later hearing or trial.

Dated at Bangor, Maine, this 6th day of November, 2007.

PLAINTIFF, Shana Sandler,

BY   */s/ Bernard J. Kubetz*
Bernard J. Kubetz, Esq.
Eaton Peabody
80 Exchange Street
P. O. Box 1210
Bangor, Maine 04402-1210
(207) 947-0111
bkubetz@eatonpeabody.com

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing Motion for Default, upon counsel of record by electronic mail, on the 7th day of November, 2007, addressed to:

Bruce Mallonee, Esq.
Rudman & Winchell, LLC
84 Harlow Street
P. O. Box 1401
Bangor, Maine 04402-1401
bmallonee@rudman-winchell.com

Steven P. Wright, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111-2950
steven.wright@klgates.com

Matthew J. Segal, Esq.
Stephen A. Smith, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
matthew.segal@klgates.com

J. William Druary, Jr., Esq.
Marden, Dubord, Bernier & Stevens
44 Elm Street
P. O. Box 708
Waterville, Maine 04903-0708
bdruary@mardendubord.com

                                          */s/ Bernard J. Kubetz*
                                          Bernard J. Kubetz