UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, )<br>)<br>   Plaintiff )<br>)<br>v.           )<br>)<br>MIA CALCAGNI, RALPH CALCAGNI, )<br>MAUREEN CALCAGNI, PETER MARS, )<br>and BOOKSURGE, LLC     )<br>)<br>   Defendants ) | Case No. 1:07-CV-00029 |

ANSWER OF CALCAGNI DEFENDANTS TO CROSSCLAIM
BY DEFENDANT PETER MARS AND CROSSCLAIM
OF CALCAGNI DEFENDANTS AGAINST DEFENDANT
PETER MARS

  Defendants, Mia Calcagni, Ralph Calcagni and Maureen Calcagni, through their attorneys, Answer the Crossclaim filed against them by Defendant Peter Mars as follows:

1. Defendants admit the allegations contained in Paragraph 1 of the Crossclaim.

2. Defendants deny the allegation of Paragraph 2 as to Defendant Mia Calcagni, and admit the allegations as to Ralph and Maureen Calcagni.

3. Defendants admit Defendant Peter Mars is a defendant in an action brought against him by Shana Sandler for damages, and that Ms. Sandler alleges damages were caused by publication of the book "*Help Us Get Mia*". Defendants are not admitting the truth of the underlying allegations, but only that they have been alleged.

4. Defendants admit Defendant Mars entered into an agreement with them to write the book "*Help Us Get Mia*", but deny the remainder of the allegations contained in Paragraph 4 of the Crossclaim.

5. Defendants deny the allegations contained in Paragraph 5 of the Crossclaim.

6. Defendants deny the allegations contained in Paragraph 6 of the Crossclaim.

7. Defendants deny the allegations contained in Paragraph 7 of the Crossclaim.

## **AFFIRMATIVE DEFENSES**

1. The Crossclaim of Defendant Mars fails to state a claim upon which relief may be granted.

2. Defendant Mars's Crossclaim for damage is barred or reduced by Defendant Mars' own comparative negligence.

3. Defendant Mars's Crossclaims are barred by the doctrines of waiver, estoppel, laches, or unclean hands.

4. Defendants incorporate the Affirmative Defenses set forth in their Answer to the Complaint filed against them by Plaintiff Shana Sandler as if fully set forth herein.

WHEREFORE, Defendants pray for dismissal of the Crossclaim filed against them, for judgment on their behalf, for costs, interest, or any other relief the Court deems just under the circumstances.

## CROSSCLAIM OF MIA CALCAGNI, RALPH CALCAGNI AND MAUREEN CALCAGNI AGAINST DEFENDANT PETER MARS

1. Crossclaim Plaintiffs, Ralph and Maureen Calcagni, are residents of the State of Maine.

2. Crossclaim Plaintiff, Mia Calcagni, was a resident of the State of Maine at the time of the acts alleged in the Crossclaim.

3. Crossclaim Defendant, Peter Mars, is resident of Monmouth, County of Kennebec, State of Maine.

4. Crossclaim Plaintiffs have been named in a lawsuit filed against them by Plaintiff, Shana Sandler, alleging libel, libel per se, false light, private facts, and punitive damages against them.

5. Crossclaim Plaintiffs have specifically denied the allegations against them by Plaintiff Shana Sandler.

6. If Crossclaim Plaintiffs are found liable to Plaintiff, either through judgment, settlement, or otherwise, then their liability is caused by the acts of Crossclaim Defendant Peter Mars.

7. Crossclaim Plaintiffs are therefore entitled to contribution and/or indemnification from Crossclaim Defendant Peter Mars for all sums which they pays or are adjudged liable to pay through settlement, judgment, or otherwise.

WHEREFORE Crossclaim Plaintiffs demand judgment for indemnity and/or contribution as appropriate against Crossclaim Defendant Peter Mars, plus interest and costs.

Dated at Bangor, Maine this 9th day of November, 2007.

*/s/ Bruce C. Mallonee, Esq.*
Bruce C. Mallonee, Esq.
RUDMAN & WINCHELL
Attorney for Defendants Mia Calcagni,
Ralph Calcagni, and Maureen Calcagni
84 Harlow Street, P.O. Box 1401
Bangor, Maine 04402-1401
Telephone: (207) 947-4501
bmallonee@rudman-winchell.com