UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SHANA SANDLER,                            )
                                          )
        Plaintiff                         )
                                          )
    v.                                    )
                                          )
MIA CALCAGNI, RALPH CALCAGNI,             )   Case No. 1:07-CV-00029
MAUREEN CALCAGNI, PETER MARS,             )
and BOOKSURGE, LLC                        )
                                          )
        Defendants                        )

## OPPOSITION OF DEFENDANTS MIA, RALPH, AND MAUREEN CALCAGNI TO PLAINTIFF'S MOTION FOR DEFAULT

The Calcagni Defendants respond to Plaintiff's Motion for Default as follows:

1. The parties to this action scheduled depositions of all parties except for Defendant Booksurge, LLC, for November 2, 5, and 6, 2007, to be conducted in the offices of Plaintiff's counsel in Bangor, Maine.

2. Plaintiff Shana Sandler's deposition was to be taken on Friday, November 2. The deposition of Defendant Maureen Calcagni was to be taken on the morning of November 5, to be followed by the deposition of Defendant Ralph Calcagni in the afternoon. Defendant Peter Mars was to be deposed on the morning of November 6, with Defendant Mia Calcagni's deposition to occur in the afternoon.

3. Actual events did not progress to completion as planned. Plaintiff Sandler's deposition was commenced on November 2 but not completed. Defendant Maureen Calcagni continues to be a resident of Winthrop, Maine, but maintains quarters in Massachusetts, where she is employed by L. L. Bean; she traveled to Bangor for her deposition on limited sleep, having worked over the weekend. Her deposition was begun on November 5, consumed the entire day, and was not completed.

4. Defendant Ralph Calcagni's deposition was deferred from the afternoon of November 5 to the morning of November 6. It began in the morning, consumed the entire day, and was not completed.

5. Defendant Peter Mars's deposition was not reached. Neither was Defendant Mia Calcagni's.

6. The deposition of Defendant Booksurge, LLC, is expected to take place in Charleston, South Carolina. Depositions of other parties may resume in or near Boston, Massachusetts. Defendant Mia Calcagni will appear for her deposition in either of these locations.

WHEREFORE, Defendant Mia Calcagni prays that Plaintiff's Motion for Default be denied.

Dated at Bangor, Maine, this 27th day of November, 2007.

> */s/ Bruce C. Mallonee, Esq.*
> Bruce C. Mallonee, Esq.
> RUDMAN & WINCHELL
> Attorney for Defendants Mia Calcagni,
> Ralph Calcagni, and Maureen Calcagni
> 84 Harlow Street, P.O. Box 1401
> Bangor, Maine 04402-1401
> Telephone: (207) 947-4501
> bmallonee@rudman-winchell.com

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Defendant Mia Calcagni's Opposition to Plaintiff's Motion for Default, upon counsel of record by electronic mail, on the 27th day of November, 2007, addressed to:

Bernard J. Kubetz, Esq.
Eaton Peabody
Fleet Center – 80 Exchange Street
P.O. Box 1210
Bangor, ME 04402-1210
Tel: 947-0111
Email: bkubetz@eatonpeabody.com

Steven P. Wright, Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis, LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: 617-261-3164
Email: steven.wright@klgates.com

Matthew J. Segal, Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis, LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Tel.: 206-370-7595
Email: matthew.segal@klgates.com

J. William Druary, Esq.
Marden, Dubord, Bernier & Stevens
44 Elm Street, P.O. Box 708
Waterville, ME 04903
Tel.: (207) 873-0186
FAX: (207) 873-2245
Email: bdruary@mardendubord.com

                                                      */s/ Bruce C. Mallonee*
                                                      Bruce C. Mallonee, Esq.