UNITED STATES DISTRICT COURT
DISTRICT OF MAINE AT BANGOR

| | |
|---|---|
| SHANA SANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-CV-00029-DBH |
| ) | |
| MIA CALCAGNI, ) | |
| RALPH CALCAGNI, ) | |
| MAUREEN CALCAGNI, ) | |
| PETER MARS, ) | |
| and ) | |
| BOOKSURGE, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO ADMIT KARI L. VANDER STOEP AS A VISITING ATTORNEY PURSUANT TO LOCAL RULE 83.1

I, Steven P. Wright, a member in good standing of the Bar of this Court, and as an attorney with the law firm of Kirkpatrick & Lockhart, Preston Gates Ellis LLP, which is counsel of record for the Defendant Booksurge, LLC ("Booksurge"), hereby respectfully moves this Court that Kari L. Vander Stoep be admitted to appear and practice as visiting lawyer pursuant to Local Rule 83.1(c). In support of this motion, I state as follows:

1. Kari L. Vander Stoep is a member in good standing of the bars of the State of Washington and the United States Court of Appeals for the Ninth Circuit.

2. Ms. Vander Stoep is an associate in the law firm of Kirkpatrick & Lockhart, Preston Gates Ellis LLP, 925 Fourth Avenue, Suite 2900, Seattle, Washington, 98104-1158.

3. There are no disciplinary proceedings pending (nor have any ever been brought) against Ms. Vander Stoep.

4. Ms. Vander Stoep is familiar with the Local Rules of the Federal District Court for the District of Maine.

5. As reflected in the Affidavit of Ms. Vander Stoep, which is submitted herewith, Ms. Vander Stoep meets all of the requirements to be admitted as a visiting attorney pursuant to Local Rule 83.1(c) and has knowledge of the underlying facts that will materially aid Booksurge in the defense of this action.

6. Ms. Vander Stoep is currently counsel for Booksurge and, as a visiting attorney, will be associated with Steven P. Wright, who is a member of good standing in this court.

7. WHEREFORE, Booksurge respectfully requests that this Court admit Kari L. Vander Stoep as a visiting attorney pursuant to Local Rule 83.1(c).

December 19, 2007

                                                BOOKSURGE, LLC
                                                By its attorney,

                                                /s/ Steven P. Wright
                                                Steven P. Wright (ME BBO# 009473)
                                                 steven.wright@klgates.com
                                                Kirkpatrick & Lockhart Preston
                                                  Gates Ellis LLP
                                                State Street Financial Center
                                                One Lincoln Street
                                                Boston, MA 02111-2950

                                                Stephen A. Smith (Pro Hac Vice)
                                                 steve.smith@klgates.com
                                                Matthew J. Segal (Pro Hac Vice)
                                                 matthew.segal@klgates.com
                                                Kirkpatrick & Lockhart Preston
                                                  Gates Ellis LLP
                                                925 Fourth Avenue, Suite 2900
                                                Seattle, Washington 98104-1158

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, I served a copy of the foregoing:

1. **MOTION TO ADMIT KARI VANDER STOEP AS A VISITING ATTORNEY PURSUANT TO LOCAL RULE 83.1**

2. **AFFIDAVIT OF KARI VANDER STOEP IN SUPPORT OF MOTION TO ADMIT KARI VANDER STOEP AS A VISITING ATTORNEY PURSUANT TO LOCAL RULE 83.1**

by US Mail and electronic mail to the following counsel of record:

Bernard J. Kubetz, Esq.
Eaton Peabody
80 Exchange Street
P.O. Box 1210
Bangor, ME  04401-1210

Bruce Mallonee, Esq.
Rudman & Winchell, LLC
84 Harlow Street
P.O. Box 1401
Bangor, ME  04402-1401

J. William Druary, Jr., Esq.
Marden, Dubord, Bernier & Stevens
44 Elm Street
P.O. Box 708
Waterville, ME  04903

/s/ Steven P. Wright
Steven P. Wright