UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, | ) |
|         *Plaintiff* | ) |
| v. | ) Case No. 1:07-cv-00029 |
| MIA CALCAGNI *et al.*, | ) |
|         *Defendants* | ) |

## **MOTION FOR CONFIDENTIALITY ORDER**

All of the parties, through their respective counsel, having signed the attached Consent Confidentiality Order, hereby request that the Court endorse and grant said Order.

Dated: January 18, 2008

      /s/ Bernard J. Kubetz_____
Bernard J. Kubetz, Esq.
Eaton Peabody
*Attorneys for Plaintiff*
P. O. Box 1210
80 Exchange Street
Bangor, Maine 04402-1210
bkubetz@eatonpeabody.com


      /s/ Debra A. Reece (for Bruce Mallonee)_____
Bruce Mallonee, Esq.
Rudman & Winchell, LLC
*Attorneys for Defendants Mia Calcagni, Ralph Calcagni and Maureen Calcagni*
84 Harlow Street
P. O. Box 1401
Bangor, Maine 04402-1401
bmallonee@rudman-winchell.com


      /s/ Matthew J. Segal_____
Matthew J. Segal, Esq.

{EP - 00239184 - v1}

Kirkpatrick & Lockhart Preston Gates Ellis LLP
*Attorneys for Defendant Booksurge, LLC*
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
matthew.segal@klgates.com


 /s/ Bill Drury_____
J. William Druary, Jr., Esq.
Marden, Dubord, Bernier & Stevens
*Attorneys for Defendant Peter Mars*
44 Elm Street
P. O. Box 708
Waterville, Maine 04903-0708
jdruary@eatonpeabody.com