UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, a resident of<br>High Point, County of Guilford,<br>State of North Carolina<br><br>    Plaintiff<br><br>v.<br><br>MIA CALCAGNI, a resident of<br>Winthrop, County of Kennebec,<br>State of Maine,<br><br>EMET GABAR,<br>JOHN DOE, and/or<br>JANE DOE, Co-Authors,<br><br>BOOKSURGE, LLC, a South Carolina<br>Corporation with a place of business in<br>Greenville, County of Greenville,<br>State of South Carolina | Case No. 07-CV-00029-DBH |

**ENTRY OF APPEARANCE**

  COMES NOW, Harold J. Friedman and enters his appearance on behalf of Defendant, Booksurge, LLC.

Dated: February 6, 2008             __/s/ Harold J. Friedman_____
                                       Harold J. Friedman, Esq.
                                       Attorney for the Defendant,
                                       Booksurge, LLC

FRIEDMAN GAYTHWAITE WOLF & LEAVITT
Six City Center
P.O. Box 4726
Portland, Maine 04112-4726
(207)761-0900