UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |  |
|---|---|---|---|
| **SHANA SANDLER**, | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) ) | Case No. 1:07-cv-00029 |
| **MIA CALCAGNI** *et al*, | ) ) ) | |
| *Defendants* | ) ) | |

### AFFIDAVIT OF BERNARD J. KUBETZ IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Bernard J. Kubetz, being duly sworn, do hereby depose and say:

1. My name is Bernard J. Kubetz. I make this affidavit based on my personal knowledge. This affidavit is filed in support of Plaintiff's Motion for Partial Summary Judgment.

2. I am an attorney licensed to practice law in the State of Maine. I am counsel for Plaintiff Shana Sandler in this case.

3. In the course of discovery in this case, documents have been produced, depositions have been taken and exhibits have been marked at depositions.

4. Attached to this affidavit are true and accurate copies of:

    (a) Excerpts from the Deposition of David I. Symonds, taken on February 14, 2008 (attached hereto as *Exhibit 1*);

(b) Exhibit 2 to the Deposition of David I. Symonds, taken on February 14, 2008, Bates Numbered BS000494 – BS000502 (attached hereto as *Exhibit 2*).

(c) Exhibit 3 to the Deposition of David I. Symonds, taken on February 14, 2008, Bates Numbered BS000001 – BS000007 (attached hereto as *Exhibit 3*);

(d) Exhibit 4 to the Deposition of David I. Symonds, taken on February 14, 2008 (attached hereto as *Exhibit 4*);

(e) Affidavit of Shana Sandler, dated July 5, 2007 (attached hereto as *Exhibit 5*);

(f) Excerpts from the Deposition of Shana Sandler, taken on November 2, 2007 (attached hereto as *Exhibit 6*);

(g) Excerpts from *"Help Us Get Mia,"* Bates Numbered BS000044 – BS000083 (attached hereto as *Exhibit 7*).

Dated at Bangor, Maine, this 5th day of March, 2008.

*/s/ Bernard J. Kubetz*
Bernard J. Kubetz

STATE OF MAINE
PENOBSCOT, ss.                                                                                         March 5, 2008

      Personally appeared, the above-named Bernard J. Kubetz, and made oath that the statements made in the foregoing affidavit are true and accurate to the best of his personal knowledge and belief.

      Before me,

                                          */s/ Nicole Behr*
                                          Notary Public
                                          Commission Expires Dec. 10, 2009