UNITED STATES DISTRICT COURT
DISTRICT OF MAINE AT BANGOR

SHANA SANDLER, )
)
          Plaintiff )
)
v. ) Case No. 07-CV-00029-DBH
)
MIA CALCAGNI, )
RALPH CALCAGNI, )
MAUREEN CALCAGNI, )
PETER MARS, )
and )
BOOKSURGE, LLC, )
)
          Defendants. )
)

**DECLARATION OF DAVID SYMONDS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT BY BOOKSURGE, LLC**

THE UNDERSIGNED, under penalty of perjury, declares as follows:

1. I hereby submit this Declaration in support of the Motion for Summary Judgment by BookSurge, LLC. I am over the age of 18, have personal knowledge of the facts herein, and am competent to testify thereto.

2. I am the general manager of BookSurge, and a vice-president of On-Demand Publishing, LLC ("On-Demand"). BookSurge is a trade name for On-Demand.

3. On-Demand is not a traditional publishing company. As its name suggests, On-Demand is a "print on demand" company. "Print on demand", or POD, generally refers to digital printing technology that allows a complete book to be printed and bound in a very short period of time at a very modest cost. POD also permits single book printing without requiring large print runs to be manufactured or inventoried. In other words, POD technology makes it possible to produce books in very small lots, rather than in larger print runs of several hundred or

SANDLER v. CALCAGNI et al

Dockets.Justia.com

several thousand (as in the case of traditional publishing). Through the use of POD technology, we allow authors that wish to self-publish their works the ability to print their manuscripts, primarily through the internet. We do not pay advances to authors or take responsibility for marketing of their work in the manner that a traditional publisher would. Instead, authors pay us to place their work into a format fit for distribution. Depending on what services the author purchases, this may include formatting of digital files and printing.

4. In 2007 alone, On-Demand made available for distribution more than 360,000 titles. As of the writing of this declaration, our total catalog exceeds 500,000 titles. We do not read or review submissions for content in any way (nor could we). We do not accept or reject submissions based on content.

5. On-Demand does not offer or undertake any fact checking services on any of our submissions. Fact checking is the responsibility of the self-publishing authors or submitting parties. In the event that an author wishes to purchase editing services, these services are out sourced to another entity. Even then, the editing services provided are technical only (such as review for grammar), and do not include a review of the content of a submission. As a practical matter, given the volume of submissions that we receive each year, there is no way that we could provide fact checking or substantive review of works that we receive. If we were required to do so, we would no longer be able to offer self publishing authors the ability to print their work. Requiring this type of substantive review of each submission we receive would essentially require us to assume the role of a traditional publisher, with all the expense that entails, and would substantially limit the content we could accept or produce. As a result, authors would no longer have the option to self publish their work.

6. The printing of the book *Help Us Get Mia* highlights what I have said above. Ralph Calcagni purchased a package from BookSurge known as "Author's Express PDF". Under the "Author's Express PDF" package, the author uploads through the internet a completed copy of his or her work in "PDF" file format, and we print the file in a "book" format. This is the process Mr. Calcagni followed – he uploaded a completed copy of *Help Us Get Mia* through

the BookSurge website. The fee for the PDF upload for *Help Us Get Mia*, not including the 250 printed copies of the book, would have been $99. In the case of Mr. Calcagni, the $99 fee was waived, and the total cost of this process for *Help Us Get Mia* was $1499 (the cost of the 250 printed copies of the book). We also offer our authors the option to list their book for sale on Amazon.com, but we do not charge the author for this. Transmittal of these materials occurs through an electronic feed. Access to Amazon.com, however, is not unique to BookSurge. In fact, any self-publishing or self-published author, whether they have worked with BookSurge or not, can register independently as an author on Amazon.com, with no additional cost.

7.  In the case of an "Author's Express PDF" submission, the copyright for the book remains with the author, which allows the author to freely market or sell the book, including to a traditional publisher even after it has been printed by a self-publishing company. As such, BookSurge does not prepare the "copyright" page of the book – it is submitted by the author with their PDF file. This was the case with Mr. Calcagni's submission. Because the author submits the copyright page, it varies in appearance, text and format. Examples of various BookSurge copyright pages are attached as Exhibit A. Some self-publishing authors who do not own their own ISBN ("International Standard Book Number") may use a BookSurge number on that page. An ISBN is a number assigned to printed books for identification and inventory purposes. Until recently, these numbers were generally available for purchase in bulk, which made it very difficult for a self-publishing author to acquire an ISBN number for his or her own use. Mr. Calcagni did not own an ISBN and used a BookSurge ISBN on his copyright page.

8.  BookSurge had no knowledge of any previous attempts by Mr. Calcagni to publish or self-publish *Help Us Get Mia*. BookSurge was not asked to and did not review or have any knowledge of the content of *Help Us Get Mia*.

9.  To my knowledge, no person at BookSurge or On-Demand knew or has ever met Shana Sandler, the plaintiff in this case. Certainly the company bears her no ill will.

10. According to our records, On-Demand printed 840 copies of *Help Us Get Mia*. Ralph Calcagni purchased 760 of these copies. A copy of our records verifying this print run is attached as Exhibit B.

11. There was no contract between the Calcagnis and BookSurge that required BookSurge to indemnify the Calcagnis.

I declare, under penalty of perjury, that the foregoing is true and correct.

EXECUTED this 8th Day of March, 2008 at Charleston, South Carolina

_____
DAVID SYMONDS

# EXHIBIT A

Garfield, Brian Wynne, 1939-
Death Sentence
First published MCMLXXV by M. Evans and Company (New York)
Subsequent republications by Bantam Books, Mysterious Press et al.

I. Title

ISBN 1-4196-7500-1

Copyright © 1975, 2006 by Brian Garfield
All rights reserved under International and Pan-American Copyright Conventions

Copyright © 2005 R.W. Ridley
All rights reserved.

ISBN: 1-4196-0958-0
Library of Congress Control Number: 2005930591

To order additional copies, please contact us.
BookSurge, LLC
www.booksurge.com
1-866-308-6235
orders@booksurge.com

Copyright © 2006 Maddison Brown
All rights reserved.

ISBN : 1-4196-3605-7

To order additional copies, please contact us.
BookSurge, LLC
www.booksurge.com
1-866-308-6235
orders@booksurge.com

Copyright © 2007 R.W Ridley
All Rights Reserved

ISBN10: 0-9792067-2-3
ISBN13: 978-0-9792067-2-6
Library of Congress Control Number: Pending

To order additonal copies, please contact the distributor.
Booksurge, LLC
www.booksurge.com
1-866-308-6235 Option 6
orders@booksurge.com

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any electronic or mechanical means, including photocopying, recording, or by any information storage and retrieval system, without written permission of the publisher, except where permitted by law.

Names, characters, places, and incidents are the products of the author's imagination or are used fictionally. Any resemblance to actual events, locales, or persons, living or dead, is entirely coincidental.

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1
First Edition

# EXHIBIT B

SEARCH CRITERIA FOR REPORT
1. Select the date range:
From: October 01 2002
To: October 31 2007
Submit

**BOOKSURGE LLC**

Revenue Statement
Oct 1, 2002 to Oct 31, 2007

Ralph Calcagni - GPUB07226
5A Union Street
POB 5
Winthrop, ME 04364

Report created on: Oct 30, 2007

### GPUB07226-00001 - "Help Us Get Mia"

| Order # | Order Date | Price | Qty | Line Total |
|---|---|---|---|---|
| **Retail** | | | | |
| P0000338626.1 | Sep 15, 2006 | 14.99 | 1 | 3.75 |
| P0000342206.1 | Sep 27, 2006 | 14.99 | 1 | 3.75 |
| P0000342428.1 | Sep 27, 2006 | 14.99 | 1 | 3.75 |
| P0000342569.1 | Sep 28, 2006 | 14.99 | 1 | 3.75 |
| P0000342688.1 | Sep 28, 2006 | 14.99 | 1 | 3.75 |
| P0000342761.1 | Sep 28, 2006 | 14.99 | 1 | 3.75 |
| P0000342769.1 | Sep 28, 2006 | 14.99 | 1 | 3.75 |
| P0000343466.1 | Oct 1, 2006 | 14.99 | 1 | 3.75 |
| P0000343497.1 | Oct 1, 2006 | 14.99 | 1 | 3.75 |
| P0000344093.1 | Oct 3, 2006 | 14.99 | 1 | 3.75 |
| P0000344218.1 | Oct 3, 2006 | 14.99 | 1 | 3.75 |
| P0000344526.1 | Oct 4, 2006 | 14.99 | 1 | 3.75 |
| P0000344577.1 | Oct 4, 2006 | 14.99 | 1 | 3.75 |
| P0000344985.1 | Oct 5, 2006 | 14.99 | 1 | 3.75 |
| P0000344986.1 | Oct 5, 2006 | 14.99 | 1 | 3.75 |
| P0000345461.1 | Oct 5, 2006 | 14.99 | 1 | 3.75 |
| P0000345339.1 | Oct 6, 2006 | 14.99 | 1 | 3.75 |
| P0000345456.1 | Oct 6, 2006 | 14.99 | 1 | 3.75 |
| P0000345541.1 | Oct 8, 2006 | 14.99 | 1 | 3.75 |
| P0000347263.1 | Oct 13, 2006 | 14.99 | 1 | 3.75 |
| P0000347886.1 | Oct 15, 2006 | 14.99 | 1 | 3.75 |
| P0000347894.1 | Oct 15, 2006 | 14.99 | 1 | 3.75 |
| P0000349182.1 | Oct 17, 2006 | 14.99 | 1 | 3.75 |
| P0000349299.1 | Oct 17, 2006 | 14.99 | 1 | 3.75 |
| P0000349365.1 | Oct 17, 2006 | 14.99 | 1 | 3.75 |
| P0000349406.1 | Oct 17, 2006 | 14.99 | 1 | 3.75 |
| P0000350444.1 | Oct 19, 2006 | 14.99 | 4 | 14.99 |
| P0000371966.1 | Dec 8, 2006 | 14.99 | 1 | 3.75 |
| P0000372482.1 | Dec 9, 2006 | 14.99 | 1 | 3.75 |
| P0000423921.1 | Jun 5, 2007 | 14.99 | 1 | 3.75 |
| P0000432715.1 | Jul 20, 2007 | 14.99 | 2 | 7.49 |
| P0000442471.1 | Aug 20, 2007 | 14.99 | 1 | 3.75 |
| **FC Retail** | | | | |
| Amazon FC - 0423 | Oct 6, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 5666 | Oct 7, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 0152 | Oct 8, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 7666 | Oct 8, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 9917 | Oct 9, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 4941 | Oct 11, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 1502 | Oct 11, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 3669 | Oct 11, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 9513 | Oct 11, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 4465 | Oct 12, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 0443 | Oct 13, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 4510 | Oct 25, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 5902 | Oct 25, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 4839 | Oct 27, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 4901 | Oct 28, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 6320 | Oct 30, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 4514 | Nov 4, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 5352 | Nov 13, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 9229 | Nov 14, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 6300 | Nov 15, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 6300 | Nov 15, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 0866 | Nov 26, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 7631 | Nov 29, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 5663 | Dec 11, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 6104 | Dec 13, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 3212 | Dec 22, 2006 | 14.99 | 1 | 3.75 |
| Amazon FC - 4017 | Jan 24, 2007 | 14.99 | 1 | 3.75 |
| Amazon FC - 9305 | Jan 24, 2007 | 14.99 | 1 | 3.75 |
| Amazon FC - 8429 | Jan 26, 2007 | 14.99 | 1 | 3.75 |
| Amazon FC - 4040 | Jan 30, 2007 | 14.99 | 1 | 3.75 |
| Amazon FC - 4226 | Feb 4, 2007 | 14.99 | 1 | 3.75 |
| Amazon FC - 8536 | Feb 9, 2007 | 14.99 | 1 | 3.75 |
| Amazon FC - 8536 | Feb 9, 2007 | 14.99 | 1 | 3.75 |
| Amazon FC - 8952 | Feb 25, 2007 | 14.99 | 1 | 3.75 |
| Amazon FC - 4247 | Mar 5, 2007 | 14.99 | 1 | 3.75 |
| Amazon FC - 4019 | Mar 9, 2007 | 14.99 | 1 | 3.75 |
| Amazon FC - 1028 | Mar 16, 2007 | 14.99 | 1 | 3.75 |
| Amazon FC - 8845 | Mar 16, 2007 | 14.99 | 1 | 3.75 |
| Amazon FC - 0759 | Apr 4, 2007 | 14.99 | 1 | 3.75 |
| **Distributor** | | | | |
| P0000358059.1 | Nov 13, 2006 | 14.99 | 4 | 6.00 |
| P0000410112.1 | Mar 30, 2007 | 14.99 | 1 | 1.50 |
| **Wholesale** | | | | |
| P0000339189.1 | Sep 18, 2006 | 14.99 | 250 | 0.00 |
| P0000349749.1 | Oct 2, 2006 | 14.99 | 250 | 0.00 |
| P0000357348.1 | Nov 10, 2006 | 14.99 | 260 | 0.00 |
| | | | **840** | **288.73** |

**Total Revenue: 288.73**

This royalty report is reflected as of May 1, 2006.
Royalty information is updated every 24-hours and this report may not reflect royalties received between updates.
Note that changes to a list price for a title may take up to one week to reflect.
As such, the changes to compensation will not reflect until this action is complete.

BS000476