UNITED STATES DISTRICT COURT
DISTRICT OF MAINE AT BANGOR

_____
SHANA SANDLER,                      )
                                    )
                Plaintiff,          )
                                    )
      v.                            )     Case No. 1:07-CV-00029-GZS
                                    )
                                    )
MIA CALCAGNI,                       )
RALPH CALCAGNI,                     )
MAUREEN CALCAGNI,                   )
PETER MARS,                         )
and                                 )
BOOKSURGE, LLC,                     )
                                    )
                Defendants.         )
_____)

## BOOKSURGE, LLC'S MOTION FOR ORAL ARGUMENT
## AND INCORPORATED MEMORANDUM OF LAW

NOW COMES BookSurge, LLC's request for oral argument on its Motions for Summary Judgment ("Motions"), pursuant to Local Rule 7(f).

BookSurge's Motions seek dismissal of this case in its entirety on multiple, alternative grounds. The Motions raise constitutional as well as common law issues. BookSurge believes that oral argument would be of assistance to the Court in its review of the record, analysis of the law, and consideration of the motion.

//

//

//

//

//

//

1

Respectfully submitted,

BOOKSURGE, LLC

By its attorneys,

| | |
|---|---|
| /s/ Harold J. Friedman<br>Harold J. Friedman<br>FRIEDMAN, GAYTHWAITE, WOLF & LEAVITT<br>P.O. Box 4726<br>6 City Center<br>Portland, ME 04112 | Stephen A. smith (*Pro Hac Vice*)<br>Matthew J. Segal (*Pro Hac Vice*)<br>Kari Vander Stoep (*Pro Hac Vice*)<br>KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158 |

March 17, 2008

K:\2040741\00191\20743_KLV\20743P20EQ