# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | ) | |
|---|---|---|
| **SHANA SANDLER,** | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:07-cv-00029 |
| | ) | |
| vs. | ) | |
| | ) | |
| **MIA CALCAGNI, RALPH CALCAGNI,** | ) | |
| **MAUREEN CALCAGNI, PETER** | ) | |
| **MARS, and BOOKSURGE, LCC,** | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## PETER MARS' MOTION FOR SUMMARY JUDGMENT
## ON ALL CLAIMS OF PLAINTIFF SHANA SANDLER
## AND INCORPORATED MEMORANDUM OF LAW

Defendant Peter Mars ("Mars") joins and adopts by reference the arguments contained in the Motion for Summary Judgment on all claims of Plaintiff Shana Sandler and Incorporated Memorandum of Law filed on this date by Defendant Booksurge, LLC ("Booksurge") with the exception of the arguments made in Section III(A) thereof. Defendant Mars takes no position on the arguments advanced in Section III(A) and does not join or adopt the arguments advanced therein only because the arguments are not applicable to the claims against him.

Dated: March 17, 2008

/s/ J. William Druary Jr.
J. William Druary, Jr., Esquire, Bar No. 6976
Attorney for Defendant Mars

Marden, Dubord, Bernier & Stevens
44 Elm Street; POB 708
Waterville, ME 04903-0708
(207) 873-0186