UNITED STATES DISTRICT COURT
DISTRICT OF MAINE AT BANGOR

| | |
|---|---|
| SHANA SANDLER, </br></br> Plaintiff </br></br> v. </br></br> MIA CALCAGNI, </br> RALPH CALCAGNI, </br> MAUREEN CALCAGNI, </br> PETER MARS, </br> and </br> BOOKSURGE, LLC, </br></br> Defendants. | Case No. 1:07-CV-00029-GZS |

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I served a copy of the foregoing:

Booksurge, LLC's Motion for Summary Judgment on all Claims of Plaintiff Shana Sandler and Incorporated Memorandum of Law plus Appendices A & B

Booksurge, LLC's Motion for Summary Judgment on Cross-Claim of Defendants Ralph and Maureen Calcagni and Incorporated Memorandum of Law

Declaration of Matthew J. Segal in Support of Booksurge, LLC's Motions for Summary Judgment Plus Exhibits A - GG

Booksurge, LLC's Local Rule 56(b) Statement of Material Facts in Support of Motions for Summary Judgment

Declaration of David Symonds In Support of Motion for Summary Judgment by Booksurge, LLC Plus Exhibits A & B

Booksurge, LLC's Motion for Oral Argument and Incorporated Memorandum of Law

Using the Electronic Court Filing System (ECF) to the following counsel of record:

Bernard J. Kubetz, Esq.
Eaton Peabody
80 Exchange Street

SANDLER v. CALCAGNI et al
Dockets.Justia.com

P.O. Box 1210
Bangor, ME 04401-1210
BKubetz@eatonpeabody.com

Bruce Mallonee, Esq.
Rudman & Winchell, LLC
84 Harlow Street
P.O. Box 1401
Bangor, ME 04402-1401
bmallonee@rudman-winchell.com
adonovan@rudman-winchell.com (Alice Donovan)

J. William Druary, Jr., Esq.
Marden, Dubord, Bernier & Stevens
44 Elm Street
P.O. Box 708
Waterville, ME 04903
bdruary@mardendubord.com
nbrooks@mardendubord.com (Natalie Brooks)

In addition, all non-redacted versions of the pleadings and all sealed exhibits will be served on counsel by separate email.

_____
Dawn M. Taylor, Legal Assistant