UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **SHANA SANDLER**, *Plaintiff* <br><br> v. <br><br> **MIA CALCAGNI** *et al*, *Defendants* | Case No. 1:07-cv-00029 |

### PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS IN RESPONDING TO DEFENDANT BOOKSURGE'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS OF PLAINTIFF

Pursuant to Local Rule 7(e), Plaintiff Shana Sandler hereby moves for leave to file a Memorandum of Law in Opposition to Defendant Booksurge's Motion for Summary Judgment on All Claims of Plaintiff Shana Sandler in excess of twenty (20) pages in length. The grounds for this Motion are set forth in the incorporated Memorandum of Law.

### MEMORANDUM OF LAW

Defendant Booksurge has filed a Motion for Summary Judgment which consists of 34 pages, together with a Statement of Material Facts consisting of 159 statements. Booksurge has moved for summary judgment on *multiple alternative grounds* on the six causes of action asserted by Plaintiff. In order to adequately address each issue raised in Defendants' Motion for Summary Judgment, together with the interrelated defenses asserted by Booksurge, Plaintiff will be required to exceed the twenty (20) page limit for dispositive motions set forth in Local Rule

7(e). Plaintiff's estimate of the length of its Memorandum is not expected to exceed forty (40) pages.

WHEREFORE, Plaintiff respectfully requests leave of Court pursuant to Rule 7(e) to file a Memorandum of Law that exceeds the twenty (20) page limit for dispositive motions.

Dated at Bangor, Maine, this 7th day of April, 2008.

PLAINTIFF, Shana Sandler,

By: ___/s/ Bernard J. Kubetz___
Bernard J. Kubetz, Esq.
Eaton Peabody
P. O. Box 1210
80 Exchange Street
Bangor, Maine 04402-1210
(207) 947-0111
bkubetz@eatonpeabody.com

### CERTIFICATE OF SERVICE

I, Bernard J. Kubetz, hereby certify that on April 7, 2008 I electronically filed the foregoing Plaintiff's Motion to Exceed Page Limits in Responding to Defendant Booksurge's Motion for Summary Judgment on All Claims of Plaintiff with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

Bruce Mallonee, Esq.
Rudman & Winchell, LLC
P. O. Box 1401
Bangor, Maine 04402-1401
bmallonee@rudman-winchell.com

Steven P. Wright, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
One Lincoln Street
Boston, Massachusetts 02111-2950
steven.wright@klgates.com

Matthew J. Segal, Esq.
Stephen A. Smith, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
matthew.segal@klgates.com

J. William Druary, Jr., Esq.
Marden, Dubord, Bernier & Stevens
P. O. Box 708
Waterville, Maine 04903-0708
bdruary@mardendubord.com

Harold J. Friedman, Esq.
Friedman, Gaythwaite Wolf & Leavitt
P. O. Box 4726
Portland, Maine 04112-4726
hfriedman@FGWL-law.com

*/s/ Bernard J. Kubetz*
Bernard J. Kubetz