UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **SHANA SANDLER**, *Plaintiff* <br><br> v. <br><br> **MIA CALCAGNI** *et al*, *Defendants* | Case No. 1:07-cv-00029 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY TO BOOKSURGE'S MEMORANDUM OPPOSING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, WITH INCORPORATED MEMORANDUM OF LAW

Plaintiff Shana Sandler hereby moves for an extension of time within which to reply to the Memorandum Opposing Plaintiff's Motion for Partial Summary Judgment filed by Defendant Booksurge, LLC. Plaintiff's response is currently due on April 14, 2008, and Plaintiff requests a ten-day extension from that date within which to submit its reply.

Plaintiff's counsel has been focused on responding to the Motion for Summary Judgment filed by Defendants Booksurge and Peter Mars, which response is also due on April 14, 2008, and has recently been out of the country on vacation. Therefore, Plaintiff's counsel requires additional time to gather the information necessary to reply to the opposing memorandum.

Defendants' counsel, William Druary and Bruce Mallonee have indicated that they consent to the granting of this Motion. Counsel for Defendant Booksurge has not yet responded to the inquiry from Plaintiff's counsel.

WHEREFORE, Plaintiff moves for a ten-day extension to and including April 24, 2008, to reply to the Memorandum Opposing Plaintiff's Motion for Partial Summary Judgment.

Dated at Bangor, Maine, this 8th day of April, 2008.

PLAINTIFF, Shana Sandler,

BY  */s/ Bernard J. Kubetz*
  Bernard J. Kubetz, Esq.
  Eaton Peabody
  80 Exchange Street
  P. O. Box 1210
  Bangor, Maine 04402-1210
  (207) 947-0111
  bkubetz@eatonpeabody.com

# CERTIFICATE OF SERVICE

I, Bernard J. Kubetz, hereby certify that on April 8, 2008, I electronically filed the foregoing Motion for Extension of Time to Reply to the Memorandum Opposing Plaintiff's Motion for Partial Summary Judgment with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

Bruce Mallonee, Esq.
Rudman & Winchell, LLC
P. O. Box 1401
Bangor, Maine 04402-1401
bmallonee@rudman-winchell.com

Steven P. Wright, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111-2950
steven.wright@klgates.com

Matthew J. Segal, Esq.
Stephen A. Smith, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
matthew.segal@klgates.com

J. William Druary, Jr., Esq.
Marden, Dubord, Bernier & Stevens
P. O. Box 708
Waterville, Maine 04903-0708
bdruary@mardendubord.com

Harold J. Friedman, Esq.
Friedman, Gaythwaite Wolf & Leavitt
P. O. Box 4726
Portland, Maine 04112-4726
hfriedman@FGWL-law.com

                                              */s/ Bernard J. Kubetz*_____
                                              Bernard J. Kubetz