UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SHANA SANDLER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIA CALCAGNI, RALPH CALCAGNI, | ) | Case No. 1:07-CV-00029 |
| MAUREEN CALCAGNI, PETER MARS, | ) | |
| and BOOKSURGE, LLC | ) | |
| | ) | |
| Defendants | ) | |

### RESPONSE OF DEFENDANTS RALPH AND MAUREEN CALCAGNI TO BOOKSURGE, LLC'S MOTION FOR SUMMARY JUDGMENT ON CROSS-CLAIM

In opposing BookSurge LLC's Motion for Summary Judgment on Defendant's cross-claim, the Calcagni defendants adopt the arguments presented in Section III (A) of Plaintiff's Motion for Summary Judgment.

Dated at Bangor, Maine this 14th day of April, 2008

*/s/ Bruce C. Mallonee, Esq.*
Bruce C. Mallonee, Esq.
RUDMAN & WINCHELL
Attorney for Defendants Mia Calcagni,
Ralph Calcagni, and Maureen Calcagni
84 Harlow Street, P.O. Box 1401
Bangor, Maine  04402-1401
Telephone: (207) 947-4501
bmallonee@rudman-winchell.com

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Response of Defendant's Ralph and Maureen Calcagni to BookSurge, LLC's Motion for Summary Judgment on Cross-Claim upon counsel of record by electronic mail, on the 14th day of April, 2008, addressed to:

Bernard J. Kubetz, Esq.
Eaton Peabody
Fleet Center – 80 Exchange Street
P.O. Box 1210
Bangor, ME 04402-1210
Tel: 947-0111
Email: bkubetz@eatonpeabody.com

J. William Druary, Esq.
Marden, Dubord, Bernier & Stevens
44 Elm Street, P.O. Box 708
Waterville, ME 04903
Tel.: (207) 873-0186
FAX: (207) 873-2245
Email: bdruary@mardendubord.com

Matthew J. Segal, Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis, LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Tel.: 206-370-7595
Email: matthew.segal@klgates.com

Steven P. Wright, Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis, LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: 617-261-3164
Email: steven.wright@klgates.com

Harold J. Friedman, Esq.
Friedman, Gathwaite, Wolf & Leavitt, LLP
Six City Center
Portland, ME 04112
Tel: (207) 761-0900
Email: hfriedman@fgwl-law.com

*/s/ Bruce C. Mallonee*
Bruce C. Mallonee, Esq.