UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SHANA SANDLER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIA CALCAGNI, RALPH CALCAGNI, | ) | Case No. 1:07-CV-00029 |
| MAUREEN CALCAGNI, PETER MARS, | ) | |
| and BOOKSURGE, LLC | ) | |
| | ) | |
| Defendants | ) | |

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS RALPH AND MAUREEN CALCAGNI ON ALL CLAIMS OF PLAINTIFF SHANA SANDLER, WITH INCORPORATED MEMORANDUM OF LAW

Defendants Ralph and Maureen Calcagni move for summary judgment on all claims of Plaintiff Shana Sandler. In support their motion, the Calcagnis adopt all arguments presented in Defendant BookSurge, LLC's Memorandum of Law in Support of its Motion for Summary Judgment except for Section III(A).

Dated at Bangor, Maine this 14th day of April, 2008

*/s/ Bruce C. Mallonee, Esq.*
Bruce C. Mallonee, Esq.
RUDMAN & WINCHELL
Attorney for Defendants Mia Calcagni,
Ralph Calcagni, and Maureen Calcagni
84 Harlow Street, P.O. Box 1401
Bangor, Maine 04402-1401
Telephone: (207) 947-4501
bmallonee@rudman-winchell.com

{R0470281.1  49252-053567}                       1

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Motion for Summary Judgment of Defendants Ralph and Maureen Calcagni on all Claims of Plaintiff Shana Sandler, upon counsel of record by electronic mail, on the 14th day of April, 2008, addressed to:

Bernard J. Kubetz, Esq.
Eaton Peabody
Fleet Center – 80 Exchange Street
P.O. Box 1210
Bangor, ME 04402-1210
Tel: 947-0111
Email: bkubetz@eatonpeabody.com

Matthew J. Segal, Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis, LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Tel.: 206-370-7595
Email: matthew.segal@klgates.com

Steven P. Wright, Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis, LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: 617-261-3164
Email: steven.wright@klgates.com

Harold J. Friedman, Esq.
Friedman, Gathwaite, Wolf & Leavitt, LLP
Six City Center
Portland, ME 04112
Tel: (207) 761-0900
Email: hfriedman@fgwl-law.com

J. William Druary, Esq.
Marden, Dubord, Bernier & Stevens
44 Elm Street, P.O. Box 708
Waterville, ME 04903
Tel.: (207) 873-0186
FAX: (207) 873-2245
Email: bdruary@mardendubord.com

 

*/s/ Bruce C. Mallonee*
Bruce C. Mallonee, Esq.