# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| SHANA SANDLER, | ) ) ) | |
| Plaintiff | ) ) | Case No. 1:07-cv-00029 |
| vs. | ) ) | |
| MIA CALCAGNI, RALPH CALCAGNI, MAUREEN CALCAGNI, PETER MARS, and BOOKSURGE, LCC, | ) ) ) ) ) | |
| Defendants | ) ) | |

## DECLARATION OF J. WILLIAM DRUARY, JR., IN SUPPORT OF PETER MARS' RESPONSE TO BOOKSURGE, LLC'S STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO PLAINTIFF SHANA SANDLER'S PARTIAL MOTION FOR SUMMARY JUDGMENT

The undersigned, under penalty of perjury, declares as follows:

1. I hereby submit this Declaration in Support of Peter Mars' Response to Booksurge, LLC's Statement of Additional Material Facts, as filed by Booksurge in Opposition to Plaintiff Shana Sandler's Partial Motion for Summary Judgment.

2. I am a partner in the law firm of Marden, Dubord, Bernier & Stevens, counsel for Peter Mars in this case. I am over the age of 18, have personal knowledge of the facts herein, and am competent to testify thereto.

3. Defendant Peter Mars was deposed on January 21, 2008.

4. Attached as Exhibit A are excerpts of Mr. Mars deposition, which is referred to as Exhibit A in Mr. Mars' Response to Booksurge's Statement of Additional Material Facts.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 14th day of April, 2008.

/s/ J. William Druary Jr.
J. William Druary, Jr.
Attorney for Defendant Peter Mars
Marden, Dubord, Bernier & Stevens
44 Elm Street; POB 708
Waterville, ME 04903-0708
(207) 873-0186