UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, | ) |
| | ) |
| Plaintiff | ) Case No. 1:07-cv-00029 |
| | ) |
| vs. | ) |
| | ) |
| MIA CALCAGNI, RALPH CALCAGNI, | ) |
| MAUREEN CALCAGNI, PETER | ) |
| MARS, and BOOKSURGE, LCC, | ) |
| | ) |
| Defendants | ) |
| | ) |

### PETER MARS' REPLY MEMORANDUM FOR
### SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS

Defendant Peter Mars ("Mars") joins and adopts by reference the arguments contained in the Reply Memorandum for Summary Judgment on Plaintiff's Claims filed on this date by Defendant Booksurge, LLC ("Booksurge") with the exception of the arguments made in Section B thereof. Defendant Mars takes no position on the arguments advanced in Section B and does not join or adopt the arguments advanced therein only because the arguments are not applicable to the claims against him.

Dated: May 5, 2008

/s/ J. William Druary Jr.
J. William Druary, Jr., Esquire, Bar No. 6976
Attorney for Defendant Mars

Marden, Dubord, Bernier & Stevens
44 Elm Street; POB 708
Waterville, ME 04903-0708
(207) 873-0186