UNITED STATES DISTRICT COURT
DISTRICT OF MAINE AT BANGOR

| | |
|---|---|
| SHANA SANDLER, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> MIA CALCAGNI, ) <br> RALPH CALCAGNI, ) <br> MAUREEN CALCAGNI, ) <br> PETER MARS, ) <br> and ) <br> BOOKSURGE, LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:07-CV-00029-GZS |

**DECLARATION OF MATTHEW J. SEGAL IN SUPPORT OF
BOOKSURGE, LLC'S REPLY MEMORANDUM
FOR SUMMARY JUDGMENT ON ALL CLAIMS OF
PLAINTIFF SHANA SANDLER**

THE UNDERSIGNED, under penalty of perjury, declares as follows:

1. I hereby submit this Declaration in Support of BookSurge, LLC's Reply Memorandum for Summary Judgment on All Claims of Plaintiff Shana Sandler.

2. I am a partner in the law firm of Kirkpatrick & Lockhart Preston Gates Ellis, LLP, counsel for BookSurge, LLC ("BookSurge") in this case. I am over the age of 18, have personal knowledge of the facts herein, and am competent to testify thereto.

3. I deposed H. Allen Fernald, Plaintiff Shana Sandler's expert witness, on January 24, 2008.

4. Attached as **Exhibit A** are true and correct copies of excerpts of Mr. Fernald's January 2008 deposition transcript (cited in BookSurge's LLC's Reply Statement

1

of Material Facts and Motion to Strike Plaintiff's Additional Statement of Material Facts Paragraphs 69-62).

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 5th of May, 2008, at Seattle, Washington.

/s/  Matthew J. Segal

MATTHEW J. SEGAL

K:\2040741\00191\20743_KLV\20743P20GB

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE AT BANGOR

| | |
|---|---|
| SHANA SANDLER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:07-CV-00029-GZS |
| ) | |
| MIA CALCAGNI, ) | |
| RALPH CALCAGNI, ) | |
| MAUREEN CALCAGNI, ) | |
| PETER MARS, ) | |
| and ) | |
| BOOKSURGE, LLC, ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Dawn M. Taylor
Dawn M. Taylor, Legal Assistant