UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANA SANDLER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MIA CALCAGNI, RALPH CALCAGNI, | )  Case No. 1:07-CV-00029 |
| MAUREEN CALCAGNI, PETER MARS, | ) |
| and BOOKSURGE, LLC | ) |
| | ) |
| Defendants | ) |

### DEFENDANTS RALPH AND MAUREEN CALCAGNI'S JOINDER IN SUMMARY JUDGMENT REPLY MEMORANDUM OF DEFENDANT BOOKSURGE, LLC

The Calcagni defendants join in BookSurge's Reply Memorandum of May 5, 2008, with the exception of arguments presented in Subpart B. The Calcagni defendants take no position with respect to those arguments.

Dated at Bangor, Maine, this 6th day of May, 2008.

*/s/ Bruce C. Mallonee, Esq.*
Bruce C. Mallonee, Esq.
RUDMAN & WINCHELL
Attorney for Defendants
Ralph Calcagni and Maureen Calcagni
84 Harlow Street, P.O. Box 1401
Bangor, Maine  04402-1401
Telephone: (207) 947-4501
bmallonee@rudman-winchell.com

{R0478481.1  49252-053567 }

CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of Defendants Ralph and Maureen Calcagni's Joinder in Summary Judgment Reply Memorandum of Defendant BookSurge, LLC, upon counsel of record by electronic mail, on the 6th day of May, 2008, addressed to:

| | |
|---|---|
| Bernard J. Kubetz, Esq. | J. William Druary, Esq. |
| Eaton Peabody | Marden, Dubord, Bernier & Stevens |
| Fleet Center – 80 Exchange Street | 44 Elm Street, P.O. Box 708 |
| P.O. Box 1210 | Waterville, ME 04903 |
| Bangor, ME 04402-1210 | Tel.: (207) 873-0186 |
| Tel: 947-0111 | FAX: (207) 873-2245 |
| Email: bkubetz@eatonpeabody.com | Email: bdruary@mardendubord.com |

Matthew J. Segal, Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis, LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Tel.: 206-370-7595
Email: matthew.segal@klgates.com

Steven P. Wright, Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis, LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: 617-261-3164
Email: steven.wright@klgates.com

Harold J. Friedman, Esq.
Friedman, Gathwaite, Wolf & Leavitt, LLP
Six City Center
Portland, ME 04112
Tel: (207) 761-0900
Email: hfriedman@fgwl-law.com


                                                    */s/ Bruce C. Mallonee*
                                                    Bruce C. Mallonee, Esq.