UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**SHANA SANDLER**,                )
                                  )
            *Plaintiff*           )
                                  )
v.                                )
                                  )   Case No. 1:07-cv-00029
                                  )
**MIA CALCAGNI** *et al*,         )
                                  )
            *Defendants*          )
                                  )

## DECLARATION OF MICHAEL R. CLISHAM

1.      My name is Michael R. Clisham.  I make this declaration based on my personal knowledge.  This declaration is filed in support of Plaintiff's Response to Booksurge's Request to Strike in this case.  (Docket No. 147).

2.      I am an attorney licensed and in good standing to practice law in the State of Maine and admitted to practice before the U.S. District Court for the District of Maine.  I am an associate with the law firm of Eaton Peabody.

3.      In the course of discovery in this case, documents have been produced, depositions have been taken and exhibits have been marked at depositions.

4.      Attached to this declaration are true and accurate copies of:

   a. Excerpts from the Deposition of H. Allen Fernald, taken on January 24, 2008 (attached hereto as *Exhibit 1*).

I declare the foregoing to be true and correct under penalty of perjury.  Executed at Bangor, Maine this 16th day of May, 2008.

                                        */s/ Michael R. Clisham*
                                        Michael R. Clisham