UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

CASES SCHEDULED FOR TRIAL IN BANGOR COMMENCING

<u>OCTOBER 7, 2008 BEFORE THE HON. GEORGE Z. SINGAL</u>

The cases listed below are scheduled for jury selection in Bangor on October 7, 2008 at 9:00 a.m. The cases will be scheduled for trial immediately following jury selection, to the extent possible, in the order in which they are listed. Some cases may be removed from the trial list or the pretrial conference list by the presiding judge if it appears to the Court that pending dispositive motions may not be resolved before the case is scheduled for trial.

<u>Final Pretrial Conferences</u> - Final Pretrial Conferences have been scheduled in Bangor before Magistrate Judge Kravchuk as indicated below. Final pretrial memoranda shall be filed no later than August 28, 2008. Counsel need not file trial briefs and other trial documents, as ordered in the Report of Final Pretrial Conference, in those cases in which dispositive motions are pending, until 10 days following the Court's disposition of the pending dispositive motions.

<u>Juror Questionnaires</u> – Counsel are advised that jurors are required to complete a supplemental questionnaire of questions that will not be asked during jury impanelment. All counsel are instructed to visit the Clerk's Office prior to impanelment to review these questionnaires. Questionnaires will not be available for review on the day of impanelment.

<u>Motions for Continuance</u> - Any motion for a continuation of trial shall be filed by September 3, 2008. Requests for continuation of trial filed thereafter will be considered by the Court only on a basis of cause for continuation which arises after September 3, 2008.

<u>Discovery Deadlines</u> - Counsel are advised that it is the Court's view that absent some excusable circumstance, discovery initiatives must be initiated sufficiently in advance of the discovery deadline to permit the opposing party to file <u>in advance of the discovery deadline</u> its appropriate response within the period allowed by the civil rules for such purpose.

Failure of a party or party's counsel to obey this or any other pretrial order (including, without limitations, failure to file a final pretrial memorandum or to appear at the scheduled final pretrial conference) may result in the imposition of sanctions under Federal Rule of Civil Procedure 16(f).

Information regarding the use and reservation of the Court's electronic evidence presenter can be found at www.med.uscourts.gov under Courtroom Practices.

> A Summary of First Circuit Authority Concerning Opening Statements and Closing Arguments and the most recent Maine Local Rules can be found on the District Court's Internet Home Page at www.med.uscourts.gov.

Jury

| | |
|---|---|
| 1.) SHANA SANDLER            v. | MIA CALCAGNI, RALPH CALCAGNI, MAUREEN CALCAGNI, AND PETER MARS |

<u>Civil Docket No. 1:07-CV-29-GZS</u>

Bernard Kubetz, Esq.                    Bruce Mallonee, Esq.
                                        Paul Chaiken, Esq.
                                        J. William Druary, Jr., Esq.

Final Pretrial Conference set for September 4, 2008 at 9:00 a.m.

# UNITED STATES DISTRICT COURT, DISTRICT OF MAINE

# ELECTRONIC EVIDENCE PRESENTER

The United States District Court for the District of Maine has audio/visual equipment available for attorneys to use in trial. Though each courtroom accommodates a different configuration of audio/visual equipment, they each accommodate the use of the Electronic Evidence Presenter (EEP).

The EEP consists of a digital document camera, a video cassette or a digital video disk (DVD) player, and a projector. The digital document camera can be used to display the images of exhibits (documents, photographs, negatives, objects, x-rays, transparencies, etc.), permitting the judge, attorneys, witnesses and jury to view the images at the same time. It also allows the operator to zoom in on the most critical areas of the exhibit in detail.

RESERVING THE ELECTRONIC EVIDENCE PRESENTER

Reservations for the electronic evidence presenter should be made two weeks in advance of its use. To reserve the equipment contact:

Bangor – Don Marshall at (207) 945-0575 ext. 3224

Portland – Robert Guptill at (207) 780-3356 ext 2210

When reserving the presenter, be prepared to give the following information: your name, address and telephone number; the case name and number.

Mr. Marshall and Mr. Guptill will be available to conduct twenty-minute training sessions for attorneys and support staff that may desire to learn to operate the equipment. Contact them to schedule a training session.

## General Information Concerning the Equipment

In addition to the image capture, video cassette and DVD player features, this system also allows attorneys to connect a laptop for presentation of evidence using PowerPoint or other presentation software. Attorneys shall provide their own technical assistance in preparing the laptop evidence presentation. The court is not responsible for troubleshooting compatibility problems.

http://www.med.uscourts.gov/practices/eep.htm